834

No opinion. Settle order on notice. Present —
Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HELEN J. KASS et al., Individually and as Stockholders of PARK AVENUE IMPROVEMENT CO., INC., et al., Appellants, v. PARK AVENUE IMPROVEMENT CO., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MADELEINE F. UTTAL, Respondent, v. FRED UTTAL, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

JANE FRANCIS, Respondent, v. MARIE C. LOWE, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MARY O'CONNELL, Individually and as Administratrix of the Estate of EDWARD J. O'CONNELL, Deceased, Respondent, v. PAUL N. WEINER, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

KATHRYN F. CRESPI, Appellant, v. ALBERT V. CRESPI, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRYN F. CRESPI, Appellant, v. ALBERT V. CRESPI, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

J. NUMA JORDY, Appellant, v. FRANGO CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and grant a new trial.

MARIE C. LOWE, Appellant, v. HENRY W. LOWE, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL FINGERHUT et al., Appellants, v. LOUIS SINGER et al., Copartners under the Name of MODERN FACTORS COMPANY, Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PAUL SWIDERSKI, Respondent, v. ABE STEINHORN et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant a new trial, on the ground that the proof of notice was insufficient.

WILLIAM EMETT, Appellant, v. INTER-CITY GARAGE, INC., Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL R. KURZMAN, Individually and Suing on Behalf of All Other Stockholders of KAYRAY REALTY CORPORATION Similarly Situated, Plaintiff,